```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


REGINALD HEFFELFINGER       :      CIVIL ACTION
                            :
         v.                 :
                            :
ECOPAX, INC.                :      NO. 13-2476
                            :
```

ORDER

AND NOW, this 7th day of May, 2015, upon consideration of the defendant's motion for summary judgment (Docket No. 14) and the opposition and reply thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED and judgment is entered for the defendant and against the plaintiff.

This case is now closed.


                              BY THE COURT:


                              _/s/Mary A. McLaughlin_
                              MARY A. McLAUGHLIN, J.